Hunt v County of Ontario (2025 NY Slip Op 03493)

Hunt v County of Ontario

2025 NY Slip Op 03493

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, OGDEN, DELCONTE, AND KEANE, JJ.

571 CA 24-00714

[*1]ELISE. HUNT AND CHRISTOPHER HUNT, PLAINTIFFS-RESPONDENTS, V
v
COUNTY OF ONTARIO, DEFENDANT-APPELLANT, ET AL., DEFENDANT. 

HOLLY A. ADAMS, COUNTY ATTORNEY, CANANDAIGUA (NATHAN J. THOMAS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
THE BARNES FIRM, ROCHESTER (RICHARD P. AMICO OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Ontario County (Brian D. Dennis, A.J.), entered January 26, 2024. The order, insofar as appealed from, denied the motion of defendant County of Ontario to dismiss the amended complaint against it. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court